UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD CALVIN, | ) |
| | ) CASE NO. C13-0859-MJP-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER TO SHOW CAUSE |
| | ) |
| BILL ELFO, et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff, proceeding *pro se* and *in forma pauperis* (IFP), submitted a proposed 42 U.S.C. § 1983 civil rights complaint, which was docketed on June 10, 2013. (Dkt. 8.) Plaintiff also, on June 4, 2013, filed Certificates of Personal Service, indicating he personally served two of the named defendants in this matter, as well as their anticipated counsel. (Dkt. 6.) On September 20, 2013 and September 30, 2013, counsel for defendants submitted Notices of Appearance in this matter. (Dkts. 9 & 11.) However, while noting that the notices were submitted without waiving, *inter alia*, issues of jurisdiction and service, it remains that, to date, defendants have submitted neither an answer, nor a motion permitted under Rule 12 of the

ORDER TO
SHOW CAUSE
PAGE -1

Federal Rules of Civil Procedure.   Accordingly, the Court does hereby ORDER as follows:

(1)   Defendants shall SHOW CAUSE within **twenty-one (21) days** of the date on which this Order is signed why default should not be entered against them in this action for failure to plead or otherwise defend.

(2)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Marsha J. Pechman.

DATED this 18th day of October, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

ORDER TO
SHOW CAUSE
PAGE -2