Case 2:13-cv-00859-MJP Document 21-2 Filed 01/15/14 Page 1 of 2

FILED ENTERED
LODGED RECEIVED
FEB 25 2014
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

13-CV-00859-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD CALVIN,<br>Plaintiff,<br>v.<br>BILL ELFO, et al.,<br>Defendants. | CASE NO. C13-0859-MJP<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' Motion to Dismiss (Dkt. 14) is GRANTED, and plaintiff's complaint, and this action, are DISMISSED, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6); and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

01 DATED this 25th day of February, 2014.

MARSHA J. PECHMAN
Chief United States District Judge

ORDER DISMISSING ACTION
PAGE -2